STATE OF NEW JERSEY v. HOWARD A. WEIN.

December 19, 1978.  Petition for certification denied. (See 162 *N. J. Super.* 159)

STATE OF NEW JERSEY v. HOWARD A. WEIN.

December 19, 1978.  Cross-petition for certification granted. (See 162 *N. J. Super.* 159)

STATE OF NEW JERSEY AND OCEAN GROVE CAMP MEET-ING ASSN. v. LOUIS CELMER, JR.

December 19, 1978.  Petition for certification granted. (See 157 *N. J. Super.* 242)

STATE OF NEW JERSEY v. SYLVIA BLASSINGALE.

December 19, 1978.  Petition for certification granted. (See 163 *N. J. Super.* 110)

ANTHONY ZACCARDI v. GEORGE L. BECKER.

December 19, 1978.  Petition for certification denied. (See 162 *N. J. Super.* 329)